IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIDDLE EAST BROADCASTING NETWORKS, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES, *et al.*,<br><br>    Defendants. | No. 25-cv-00966-RCL |

## NOTICE OF APPEAL

Defendants—the United States of America; the United States Agency for Global Media; Kari Lake, in her official capacity as Senior Advisor to the Acting Chief Executive Officer ("CEO") of the U.S. Agency for Global Media; Victor Morales, in his official capacity as Acting CEO; the Office of Management and Budget; Russell Vought, in his official capacity as Director of the United States Office of Management and Budget; the United States Department of Treasury; and Scott Bessent, in his official capacity as United States Secretary of the Treasury—respectfully provide notice that they hereby appeal to the United States Court of Appeals for the District of Columbia Circuit the Court's Order (ECF No. 23), which granted the motion for a preliminary injunction filed by Plaintiff Middle East Broadcasting Networks, Inc. on April 25, 2025, and entered a preliminary injunction against Defendants.

Dated:  April 25, 2025

                Respectfully submitted,

                YAAKOV M. ROTH
                Acting Assistant Attorney General

                ERIC J. HAMILTON
                Deputy Assistant Attorney General
                Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ *Abigail Stout*
ABIGAIL STOUT
(DC Bar No. 90009415)
*Counsel*
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: Abigail.Stout@usdoj.gov

*/s/ Julia A. Heiman*
JULIA A. HEIMAN (D.C. Bar No. 986228)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 616-8480 / Fax (202) 616-8470
julia.heiman@usdoj.gov

*Attorneys for Defendants*