**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MIDDLE EAST BROADCASTING NETWORKS, INC., | |
| *Plaintiff*, | No. 25-cv-966 |
| v. | |
| UNITED STATES, et al., | |
| *Defendants*. | |

**AFFIDAVIT OF MAILING**

I, Jeremy S. Kreisberg, hereby state that on April 4, 2025, I caused to be deposited in the United States Mail copies of the complaint and summonses in the above-captioned case, certified delivery, postage prepaid, return receipt requested, restricted delivery, addressed to the defendants listed in Exhibit A.  Due to a package to Russell Vought being lost in transit, I caused to be deposited in the United States Mail new copies of the complaint and summonses addressed to him on June 12, 2025.  Delivery for each defendant listed in Exhibit A was confirmed on the dates listed in Exhibit A.  Proofs of delivery are contained in Exhibit B.  Proofs of mailing are contained in Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 20, 2025

Respectfully submitted,

*/s/ Jeremy S. Kreisberg*
Jeremy S. Kreisberg (D.C. Bar No. 1048346)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW, Suite 500E
Washington, D.C. 20001
(202) 220-1100
Jeremy.Kreisberg@mto.com

*Attorneys for Middle East Broadcasting Networks, Inc.*